

# MANDATE

# The Fourteenth Court of Appeals

## NO. 14-13-01141-CV

| | |
|---|---|
| Union Pacific Railroad Company, Appellant<br><br>v.<br><br>Charles Seber and Barbara Seber, Appellees | Appealed from the 113th District Court of Harris County. (Trial Court No. 2008-64372). Majority Opinion delivered by Justice Boyce. Dissenting Opinion delivered by Chief Justice Frost. Justice McCally also participating. |

**TO THE 113TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on September 10, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of Appellees, Charles Seber and Barbara Seber, signed September 25, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, November 20, 2015.

**CHRISTOPHER A. PRINE, CLERK**